AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court

WESTERN DISTRICT OF NEW YORK

**JUDGMENT IN A CIVIL CASE**
CASE NUMBER: 04-CV-495

Lazaro Hernandez-Torres

v.

John D. Ashcroft, Attorney General of the United States, et al

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that this action is dismissed as moot, without prejudice.

Date: August 25th, 2005                           RODNEY C. EARLY,
                                                  CLERK

                                         By:   s/Deborah M. Zeeb
                                                Deputy Clerk